# Exhibit 2

Exhibit 2

Exhibit 2

M Gmail                                                    Phihung Duong <duongphihung@gmail.com>

## Budget proposal to start new office space in Kerala.
1 message

**Sharath Babu P G** <sarathpg2007@gmail.com>                        Wed, May 8, 2019 at 11:15 AM
To: Phihung Duong <duongphihung@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

**Dear Phill,**

**PFA for the Budget proposal in detail. Kindly go through it and get back to me. also attached 3 months salary slip of sharath's and anithas,pc quote 1 and resumes.**

PC Quote 2 link (Google Sheet)
https://docs.google.com/spreadsheets/d/1iuzMjAoqUqh4NRkCSFLuSAOaPnbEJsTjq1yXCQqvW6U/edit?usp=sharing

13 steps to starting a business in India

**https://services.amazon.in/resources/seller-blog/steps-to-starting-a-business-in-india.html**

Regards
>Sharath
+919611944383

**12 attachments**

📄 **PC Quote PROPOSAL May_2019.pdf**
336K

📄 **Sharath_Pay Slip RCS0142201901.pdf**
33K

📄 **Sharath_Pay Slip RCS0142201812.pdf**
33K

📄 **Sharath_Pay Slip RCS0142201902.pdf**
33K

Gmail - Budget proposal to start new office space in Kerala.

**Sharath Passport.pdf**
84K

**ADDBIM salary slip of shamla jan.pdf**
68K

**ADDBIM salary slip of shamla nov.pdf**
102K

**Anitha Resume .pdf**
190K

**ADDBIM salary slip of shamla dec.pdf**
69K

**Statement.pdf**
37K

**CV- Sarath Babu.pdf**
273K

**BUDGET PROPOSAL.pdf**
1155K

# SHAMLA A
## BIM PROJECT MANAGER



## ABOUT
- Enthusiastic professional with 15 plus years of experience in BIM, worked on various diversified projects.
- Managed critical and challenging projects from initial stage to implementation stage.
- Expertise in using BIM Software and latest engineering tools and techniques.
- Excellent knowledge in Revit Structure & Architecture,3DS Max, Tekla,

## EXPERIENCE SUMMARY

- Building Information Modeling (BIM) Design/ Documentation in Revit,Auto CAD
- Over 50 Point cloud conversion projects have been done.
- Content Modelling for Websites
- Electrical conduit and light modelling
- Create and own the multidisciplinary spatial coordination responsibility for all building services projects in 3D, taking into account coordination with structural, architectural, MEP and Interior designs.
- Expertise with designing, modeling, detailing, graphic visualization, material takeoff schedules, BIM coordination in Revit.
- Project leadership and team management skills.
- Parametric Family Library creation in Revit.
- Having experience in coordination of overall drawings.
- Preparation of detail drawings & sketch for different types structures such as RCC structure and steel Structure / Infrastructure,
- Experience on 3DS Max modelling and Tekla detailing.
- Expertise about various national and International codes like IS code, AISC etc.
- Preparation of erection drawings, assembly drawings, single drawings, anchor bolt plans and general drawings.
- Co-ordination & communication with the Consultants and Clients.
- Provide the BIM/ Revit training to the other members in the team.
- On site experience for construction of high rise building.

## CONTACT DETAILS

Shamla Nivas, Kudamaloor (PO), Kottayam
686017 (PIN), Kerala, India
anitha4manu@gmail.com
Mobile: 09995890792

## ACHIEVEMENTS

> EMPLOYEE OF THE YEAR IN ADVENSER ENGINEERING PVT LTD

## EDUCATIONAL QUALIFICATION

| | |
|---|---|
| Diploma in Civil Engineering from Kerala University | 2002 |
| The Secondary School Leaving Certificate | 1999 |
| Auto Cad 2D & 3D, Revit, Authorized Certificate from Autodesk | 2003 |

## PERSONAL PROFILE

| | |
|---|---|
| **FULL NAME** | **SHAMLA A** |
| **NATIONALITY** | **INDIAN** |
| **DOB** | ████ **1984** |
| **LANGUAGES** | **English, Malayalam** |
| **MARITAL STATUS** | **Married** |

## WORK EXPERIENCE

## 1.AddBIM Design Management

Septhember 2018 - Present

AddBIM Design Management
Level 2, Gowri Arcade, Above FEDERAL BANK, Petta,
Thrippoonithura PO
Ernakulam-682038,Kerla,INDIA
Privately Held; 35-40 employees; Architectural, Structural,

Engineering Position:  **Project Manager**

**Responsibilities:**
> Leading a Technical Team which is dedicated for BIM Projects
> Setting up BIM protocol for projects and daily management of BIM project data and workflows.
> Initiate BIM model for each project and instruct the production team. Set up linking of files and sharing of grids/coordinates and parameters in a multiple model situation.
>Creating Shop Drawings, Annotations for the Coordinated Model.
> Regular model reviews to insure that team members comply with the agreed BIM protocol. Investigating for model clashes and generating clash reports.

## TECHNICAL SKILLS

- **Revit**
- **3DS Max**
- **Tekla**
- **Auto CAD**
- **Lumion 3D**
- **Navis work**
- **Microsoft Office & Open Office**
- **Photoshop**
- **Primavera**

**MAJOR PROJECTS:**

**1. VIDA Hotel, Um Al Quin**

Have done complete Structural and Architectural 3D modelling,
Conceptual interior design,Making of detailed design drawings, Curtain Walls, MEP & RCP drawings, Schedules and customized parametric family library creation, Final shop drawings extraction, Raising RFI's etc.

Software used: Revit 2018, , AutoCAD , Navis work 2018

# 2.Advenser Engineering Services Pvt. Ltd

June 2010 - September 2018

Advenser Engineering Services Pvt. Ltd.
Cochin Special Economic Zone (CSEZ) Kakkanad, Cochin, Kerala Privately Held; 150-200 employees; Architectural, Structural, MEP/HVAC, Facade, etc.

Engineering Position:  **Sr.Project Lead**

**Responsibilities:**
> Leading a Technical Team which is dedicated for BIM Projects
> Setting up BIM protocol for projects and daily management of BIM project data and workflows.
> Initiate BIM model for each project and instruct the production team. Set up linking of files and sharing of grids/coordinates and parameters in a multiple model situation.
> Regular model reviews to insure that team members comply with the agreed BIM protocol. Investigating for model clashes and generating clash reports.

> Preparation of Architectural, Structural and Interior design drawings for all the stages.
> Coordination with other related disciplines (MEP, Facade etc.)
> Manage and maintain project content and source additional content for project teams
> Parametric family creation, Rendering, Walk though & other presentation drawing.
> Quality checking of Engineering drawings
> Submittal, RFI preparation and work schedule
> Direct Coordination with Clients

**MAJOR PROJECTS:**

**1. Mövenpick Hotels & Resort Colombo, Srilanka (5* Hotel)**

(Onsite work shop attended)

Worked on Structural and Architectural 3D modelling, Conceptual interior design,Making of detailed design drawings, Curtain Walls, MEP & RCP drawings, Schedules and customized parametric family library creation

Software used: Revit 2014, 3DS Max, AutoCAD Architecture 2014, Navis work 2014, Lumion 3D

**2. Imperial Avenue, Dubai**
Category: Residential

Scope of work:

> All discipline modeling in 500 LOD with Revit, AutoCAD, Lumion.
> All Structural, Architectural elements modeling.
> Sheet extraction for each discipline.
> Coordinating MEP and Façade w/ Architectural & Structural models.
> Delivery of shop drawings.

Project Hours: 25000 Hrs

Role : BIM TEAM LEAD (Architecture& Structural)

Team strength : 30 Members

**3. Pearl Ridge, Pearl Highlands, USA**
Honolulu Authority for Rapid Transportation
Category: Transportation

Scope of work:
>Architectural BIM modeling in 400 LOD using Revit.

Project Hours : 3000 Hrs

Role : Project Lead (Architecture & Structural) & QC lead

Team strength : 15-20

**4. Perth Police Station, Australia**
Category: Commercial

Scope of work:
Point cloud conversion of Perth police station
(.pts to revit model conversion)

Project Hours : 300Hr

Role : Project Lead & QC lead

Team strength : 5 Members

**5. Content Modeller for Websites**
Category: Family Creation

Scope of work:
Parametric family creation of lights for websites such as
LightArt.com, 3-Form.com,v2lightinggroup.com etc

Role : Project Lead & Content Modeller

**6. MHHL, USA**
Category: Commercial

Scope of work:
Electrical conduit , light modelling and Shop drawing

Project Hours : 380Hrs

Role : Project Lead & Modeller

Team strength : 5 Members

## 2. Koyithara Architects Pvt. Ltd.

May 2007- May 2010

Koyithara Architects Pvt. Ltd.
Kottayam, Kerala, India Position:  CAD Engineer

**Responsibilities:-**
> Individually managed 3D modeling and detailing of entire project using Revit
> Creating Technical Presentation on BIM for the company to attract new prospects  from the market.
> Preparing Detail Working Drawing and Approval Drawing for various residential and commercial projects.
> Making projects cost estimation and Bill of Quantity
> Creating construction documents of U.S projects
> Developing detailed drawings from Raster images
> Creating 2D presentation in Photoshop.
> Responsible for Site Execution

## 3.Jacob Chandy and Associates

Aug 2005- Oct 2006

Kottayam, Kerala, India
Position:  CAD Operator

**Responsibilities:-**
> Preparation of detailed drawings of architectural works.
> Preparation of detailed Estimates.
> Modeling and detailing of project using Revit and Auto CAD
>Responsible for Site Supervision

## 4.Allied Constructions

Aug 2002- July 2005

Kottayam, Kerala, India
Position:  Junior CAD Operator

**Responsibilities:-**
> Preparation of detailed drawings.
> Preparation of detailed Estimates.
> Preparation of Bill of Quantities
> Responsible for Site Supervision

I consider myself familiar with the current scenario in the technical field. I hereby declare that the information furnished above are true to the best knowledge.

DATE:JAN-19                                                                                    SHAMLA A

# SARATH BABU
## BIM MODELER



## 👤 ABOUT

- Enthusiastic professional with 5 years of experience in BIM, worked on various diversified projects.
- Managed critical and challenging projects from initial stage to implementation stage.
- Expertise in using BIM Software and latest engineering tools and techniques.
- Excellent knowledge in Revit, AutoCAD & Navis Manage.

## 🗂 EXPERIENCE SUMMARY

- Building Information Modeling (BIM) Design/ Documentation in Revit,Auto CAD
- Have experience in working with point cloud conversion
- Have experience in coordinating structural, architectural, and MEP disciplines.
- Expertise with designing, modeling, detailing, graphic visualization, material takeoff schedules, BIM coordination in Revit.
- Having experience in Raising RFI's.
- Preparation of final SHOP DRAWINGS and sending them to consultant for approval.
- Experience in LUMION doing 3D visualization.
- Co-ordination & communication with the Consultants and Clients.
- Provide the BIM/ Revit training to the other members in the team.
- On site experience for construction of high rise building.

## REACH ME AT

📞  **+971 567 654 420**

  **+91 9611 944 383**

✉  **sarathpg2007@gmail.com**

📍  **Al Falaga Building
Al Karama, Dubai, UAE**

## 👁 SOFTWARE KNOWN

- **Revit** ★★★★☆
- **Auto CAD** ★★★☆☆
- **Lumion 3D** ★★★★☆
- **Navis work** ★★★☆☆
- **Photoshop** ★★☆☆☆
- **3DS Max** ★★☆☆☆

# 💼 WORK EXPERIENCE

## 1. Roberts Constructions (ME) Holdings LLC

### Aug 2018  - Present

Roberts Constructions (ME) Holdings LLC
Downtown, Dubai
Privately Held; 1000+ employees;
Design and Build Contractor.

| | | |
|---|---|---|
| Engineering Position | : | BIM Engineer |
| Scope of Work | : | 3D Modelling, Co-ordination & Preparation of shop drawing |

### Responsibilities

- Creating Shop Drawings, Annotations for the Coordinated Model.
- Exporting PDF's/DWGs for Engineers Review.
- Updating Comments Provided/Received from higher Supervisor's/Managers.
- Investigating for model clashes and generating clash reports.
- Reviewing Day to Day updates in the model and reporting to engineers.
- Co-ordination & communication with the Consultants and Clients.
- Produce the desired deliverables in the form of coordinated models, shop drawings, clash reports, etc as per the requirements and the BIM execution plan.
- Coordination with other related disciplines MEP, Facade etc.

## 💼 Major Projects

**1. Dorchester, Dubai**
Main contractor
Category: Residential & Hotel
Project Cost : 600 Million AED

**Role** : BIM Engineer (Architecture)

**Scope of work:**
> Sheet extraction
> Raising RFIs' to the Consultants
> Co-ordinating MEP and Façade w/ Architectural & Structural models.
> Delivery of shop drawings.
> Updating BIM file to deliver AS-BUILT model to client.
> Clash detection using Navis Manage

**Team strength** : Design depatment
                    28 Members

## 2. Advenser Engineering Services Pvt.Ltd, Kochi

### May 2016  - August 2018

Advenser Engineering Services Pvt. Ltd.
Cochin Special Economic Zone (CSEZ)
Kakkanad, Cochin, Kerala
Privately Held; 150-200 employees;
Architectural, Structural, MEP/HVAC,
Facade, etc.

Engineering : BIM Modeler
Position
Scope of       : 3D Modelling,
Work              Co-ordination &
                       Preparation of shop drawing

### Responsibilities

- Creating BIM model of 100 to 600 LOD as per client requirement.
- Creating BIM models from point clouds, raster images and other inputs.
- Set up linking of files and sharing of grids/coordinates and parameters in a multiple model situation.
- Investigating for model clashes and generating clash reports.
- Clash detection using Navis Manage.
- Co-ordination & communication with the Consultants and Clients
- Parametric family creation, Rendering, Walk though & other presentation drawings.

## ⊞ Major Projects

**1. Imperial Avenue, Dubai**
Category: Residential
Project Cost : 1200 Million AED

Scope of work:

> All discipline modeling in 500 LOD with Revit, AutoCAD, Lumion.
> All Structural, Architectural elements modeling.
> Sheet extraction for each discipline.
> Coordinating MEP and Façade w/ Architectural & Structural models.
> Delivery of shop drawings.

Project Hours: 25000 Hrs
Role : BIM Modeler (Architecture)
Team strength : 30 Members

**2. Pearl Ridge, Pearl Highlands,USA Honlulu Authority for Rapid Transportation**
Category: Transportation

Scope of work:

> Architectural BIM modeling in 400 LOD using Revit, 3d views and animation of metro station using Lumion.

Project Hours : 300OHr
Role : BIM Modeler (Architecture)
Team strength : 15-20 Members

**3. HERMES WAIKIKI, HONOLULU, HI**
Category: RESIDENTIAL

Scope of work:
> Developing 3D models from the given point  cloud data.

Project Hours : 18OHr
Role : BIM Modeler (Architecture)
Team strength : 3-8 Members

## 3. Hitech Engineers Pvt Consortium Bengaluru, India.

2011  - 2012

Hitech Engineers Pvt Consortium Engineering Services Pvt. Ltd.
Indiranagar, Bangalore, India
Privately Held; 15-50 employees;
Architectural, Structural.

Engineering Position: Junior Civil Engineer.

### Responsibilities

- Meeting with the clients to discuss the project requirements.
- Estimation drawings, Working drawings, layout drawings, detailed technical drawings etc.
- Preparing detailed working drawings and approval drawings for various residential and commercial projects.



## 📋 DECLARATION

I consider myself familiar with the current scenario in the technical field. I hereby declare that the information furnished above are true to the best knowledge.

FEB-19                    SARATH BABU

## 🧍 PERSONAL PROFILE

| | |
|---|---|
| Full Name | Sarath Babu P G |
| Nationality | Indian |
| DOB | ████/1988 |
| Languages | English,Malayalam Hindi |
| Marital Status | Married |
| Passport No. | ████████ |

## 🎓 ACADEMIC BACKGROUND

**Bachelor of Engineering in Civil Engineering**
VT University,
Bengaluru, India. 2012-2015

**Diploma in Civil Engineering**
PPT Mangaluru, India.2008-2011

**Plus Two ( Science )**
HSE, Kerala 2004-2006

**Secondary School Leaving Certificate (SSLC)**
Kerala,2003

## 👥 REFERENCES

1. Aaromal Sidharthan
   Design Manager
   Roberts Constructions (ME)
   Holdings LLC,Dubai
   +971 543 071 017

2. Anitha M
   Project Manager
   Addbim Design Consultancy,Kochi
   +91 99958 90792

# THE PROPOSAL

## AUTOCAD – STANDALONE LICENSE

| SL. No | Product Description | Qty | Unit Price | Gross Total Price | Taxes Applicable GST @18% | Net Total Price |
|--------|---------------------|-----|------------|-------------------|---------------------------|-----------------|
| 1 | Autodesk AEC IC New commercial Single User | 1 | 98,700 | 98,700 | 17,766.00 | 116,466.00 |

## HP WORKSTATION

| Part Number | Specification – Part No | QTY | Unit Price | Gross Total | GST @ 18% | Net Total |
|-------------|-------------------------|-----|------------|-------------|-----------|-----------|
| 2YW27AV | **HP Z2 Tower G4 Workstation** | 1 | 1,75,800 | 175,800 | 31,644 | 207,444.00 |
| | ✓ Single Unit (Tower) Z2 Packaging | | | | | |
| | ✓ **HP Z2 TWR G4 90 500W India Chassis** | | | | | |
| | ✓ **32GB (2x16GB) DDR4 2666 DIMM ECC Unbuffered Memory** | | | | | |
| | ✓ **Intel Xeon E-2176G 6C CPU** | | | | | |
| | ✓ **Windows 10 Professional for Workstations 64 Bit** | | | | | |
| | ✓ HP USB-C 3.1 Alt DP Flex Port | | | | | |
| | ✓ HP Z2 Front USB-C 3.1 Port | | | | | |
| | ✓ **Z Turbo Drive 256GB Three Layer Cell Solid State Drive** | | | | | |
| | ✓ **1TB 7200RPM SATA 3.5in Enterprise** | | | | | |
| | ✓ Operating System Load to M.2 | | | | | |
| | ✓ **NVIDIA Quadro P2000 5GB (4)DP GFX** | | | | | |
| | ✓ HP VR Ready Configuration | | | | | |
| | ✓ **USB Hardened Mouse** | | | | | |
| | ✓ **HP Remote Graphics Software (RGS) for Z** | | | | | |
| | ✓ Single Port eSATA Adapter | | | | | |
| | ✓ **Intel 9560 ac 2x2 MU-MIMO non-vPro 160MHz +Bluetooth 5 WW** | | | | | |
| | ✓ FDA Class 1 Medical Device Label | | | | | |

BANGALORE | HYDERABAD | CHENNAI | COCHIN | COIMBATORE | TRIVANDRUM | CALICUT | VISAKHAPATNAM | DUBAI

**Corporate Office:** 7th Floor, Alpha Plaza, K.P. Vallon Road, Kadavanthra, Cochin 682 020
**Tel:** +91 484 2317961, 2320280, **Fax**: +91 484 2321448, **Email:** sales@intercadsys.com

| | | QTY | Unit Price | Gross Total | GST @ 18% | Net Total |
|---|---|---|---|---|---|---|
| | ✓ Z2TWR SATA Data Cbl - ST-RA - 015<br>**✓ USB Business Slim Wired Keyboard INDIA**<br>✓ HP Z2 TWR G4 Country Kit INDIA<br>**✓ 3_3_3 (material _ labor _ onsite) Warranty** | | | | | |
| **1JS08A4#ACJ** | **HP Z24i G2 24-inch Display with 3-year Next business day onsite Large Monitor Hardware Support Warranty**<br><br>✓ 24" IPS Micro Edge display, 1920x1200 resolution<br>✓ VGA, DP, HDMI, 2xUSB 3.0<br>✓ Height, tilt, Swivel, pivot<br>✓ Color Gamut -99% sRGB | 1 | **25,987** | **25,987** | **4678** | **30,665.00** |
| **Rupees Fourteen Lakh, Ninety Three Thousand, Seven Hundred & Forty One Only** | | **15** | **2,91,477** | **1,136,912** | **204,644.16** | **₹ 1,341,556.16.00** |
| | | **QTY** | **Unit Price** | **Gross Total** | **GST @ 18%** | **Net Total** |

**Corporate Office:** 7th Floor, Alpha Plaza, K.P. Vallon Road, Kadavanthra, Cochin 682 020
**Tel:** +91 484 2317961, 2320280, **Fax:** +91 484 2321448, **Email:** sales@intercadsys.com

# BUDGET PROPOSAL

**Dear Mr. Phill,**

Greetings!

First of all, we are grateful to you for planning to start a new office in Kerala.

Kerala, a state in the southwest region of India, magnificently stretches along the Malabar Coast as a patch of green, teeming with coconut palms.
Kerala provides a remarkable environment when it comes to setting up a Business venture. With over a thousand acres of land allocated for the IT sector alone, Kerala has a whopping 1.5 lakh IT force rendering their services in Fortune 700 companies.

A state with surplus power and water supply, Kerala ranks No.1 in India when it comes to Tourism and Health Care. Offering the best connectivity to the USA, Europe, Middle East and the rest of the world with 4 international airports, Kerala is where your business endeavor deserves to be.

Kerala proffers a fully burdened cost of just $15 per hour as compared to the global average of $35/hour salaries and an operational cost which is less than 30% when compared to the Tier-1 cities in India. The much-lauded socio-economic parity in the state is an added advantage.

The state that enjoys an equable climate throughout the year is celebrated for its exotic cuisine as well.
I am sending you this letter as a request for approval regarding our proposed budget for the new office in Kerala. As discussed, we will start with 15 employees and expand it in future.

Following are the key points which we have to discuss and confirm.

## 1.  Location

### a.  Technopark, Trivandrum

Trivandrum, also known as Thiruvananthapuram, is the capital city of the state of Kerala. The Thiruvananthapuram International Airport is a 20-minute drive from the Technopark Campus. The airport has direct connections to the USA, UK, Middle-East, Singapore, Colombo and Maldives. Situated on the National Highway, regular bus services link Technopark with commercial centres, research institutions and other urban centers.

**Why Technopark?**



- Most lively IT Campus in India.
- Stable Infrastructure.
- Green Environment.
- Responsive Maintenance Team.
- SAFE, protected campus.
- Excellent Data Connectivity.
- Conveniently located.
- Own In-house Power Distribution.
- Start-ups and Incubation support.
- ow operational costs.
- Robust support facilities.
- Elegant Food Court.

Monthly rent details are as follows.

| Sqft. | Capacity | Rent | Remarks |
|-------|----------|------|---------|
| 2500 | 30-50 Nos | INR1.4 L/Month | -- |
| 400 | 10 Nos | INR38K/Month | Including electricity |

## b. Special Economic Zone, Trivandrum

Special Economic Zone (SEZ) is a specifically delineated, duty-free enclave with all required infrastructure provided under one single administrative umbrella and shall be deemed to be a territory outside the Customs territory of India for the purposes of undertaking the authorized operationsIn accordance with this provision, all Developer/ units are entitled to exemptions, drawbacks and concessions provided under SEZ Act. The Thiruvananthapuram International Airport is a 20-minute drive from the SEZ Campus.

### Why SEZ ?

- Developer/ units are eligible to avail Exemption from Customs & Excise duties, Central Sales Tax and local taxes on construction material, capital equipment, raw material, spares and consumables for their authorize operation in SEZ area.
- Exemption from service tax.
- Exemption on stamp duty and land registration charges.
- 100% foreign direct investment permitted.
- Single window clearances.
- On-site customs and self-certification processes.
- Repatriation of profits without dividend balancing permitted.

- External commercial borrowings by units up to $ 500 million a year allowed without any maturity restrictions.
- Flexibility to keep 100% of export proceeds in EEFC account.

Monthly rent details are as follows.

| Sqft. | Capacity | Rent | Remarks |
|---|---|---|---|
| 950 | 20 Nos | INR75K/Month | Furnished,Including electricity &Internet |

Note: 1.Space is available only after 6 months as it is fully occupied at present.

2.Higher capacity space also available.



## c.   Infopark, Kochi

Infopark Kochi is located in 100.86 acres of land at Ernakulam district,Kerala.
200km away from Trivandrum Technopark. The Cochin International Airport is a
45-minute drive from the Infopark Campus. The campus includes amenities such
as food courts, banking counters, ATM, shopping arcade, etc.

### Why Infopark?

- The Connectivity Advantage
- The Human Resources Advantage
- The Cost Advantage
- 100% foreign direct investment permitted and exemption from service tax
- Income tax holiday for 15 years



Monthly rent details are as follows.

| Sqft. | Capacity | Rent | Remarks |
|---|---|---|---|
| 2500 | 35-50 Nos. | INR1.35Lakhs | Fully furnished office spaces. |

Note: Unfurnished 2500 sqft space also available at  lower price and we can design the
interior and get it done by them as per our need (For example, First for 20members, and
later we can expand)

## d.   Infopark, Thrissur

This campus began operations in 2009 and located in an expanse of 6 acres in the Special Economic Zone area, this campus offers ample benefits for the Business. The building with a total built-up area of 3.3 lakhs sq.ft houses 6 floors apart from the Basement and Ground Floors and each floor plate is close to 33,000 sq.ft .

Designed with all the start of the art facilities to suit the requirement of IT, the building offers both plug n play and warm shell options. Ground floor and First Floor are fully designed as plug n play layouts starts rom 800 sq.ft onwards.

Infopark Thrissur is strategically placed at the NH 47 midway between Kochi and Thrissur, two major cities of Kerala. This location is just 20 minutes' drive from the Cochin International Airport.



Monthly rent details are as follows.

| Sqft. | Capacity | Rent | Remarks |
|---|---|---|---|
| 1500 | 20-30 Nos. | INR 50K/Month | Semi furnished office spaces. |

**Why Infopark Thrisur?**

- Special Economic Zone Benefits
- 24/7 Power Back up
- Plug and Play to huge floor spaces available
- Easy to migrate to facilities based on your business volume.
- Abundant talent pool
- Floor to floor height (Typical ): 4.00 m clear
- Proximity to major and smaller towns and cities
- No : of Transformer : 1000KVA X 2Nos & 750KVA x 2Nos
- Excellent Road and Air access
- Sporting Center + Cultural Center + Auditorium
- Naturally most beautiful location




## 2. Utilities

- Uninterrupted power supply is available in all respective locations mentioned above.
- All famous Internet providers in INDIA are available in all respective locations mentioned above.
- Centralized Air conditioning Systems are available.

## 3. Employees

As per the discussion, we will start with 15 employees and increase it in to higher numbers in future.

Organizational Chart  (Sample)



## A.    Branch Manager

Initially we are planning to have Mrs. Anitha as Branch manager since she has much more capability to manage a group. She will have all the responsibility of all staffs and activities at office space.

Please find the attached for Anitha's latest resume, salary slip and bank statements for you to decide her salary.

## B.    Project Manager

Mr. Sharath will have all the responsibility in implementing BIM, execution, discussions with DDG's for co-ordination and deliverables.

Please find the attached for Sharath's latest resume, salary slip for you to decide his salary.

C. All the other employees shall be selected through a Face to Face interview , Technical test and software test which will be done at new office space by Anitha and Sharath.

Branch Manager will start searching for best talents in the industry once you confirm this proposal.

Note : Please suggest if we have to appoint IT support and Accountant in future.

**Salary and %Increment**

| Designation | Salary | |
| --- | --- | --- |
| | **INR** | **Dollars** |
| **Branch Manager** | **125,000** | **$1,750** |
| **Project Manager** | **80,000** | **$1,120** |
| **BIM Team Leader Arc/Str** | **50,000** | **$ 700** |
| **BIM Team Leader MEP** | **50,000** | **$ 700** |
| **Sr. BIM Modeler Arch/Str** | **35,000** | **$ 490** |
| **Sr. BIM Modeler MEP** | **35,000** | **$ 490** |
| **Jr. BIM Modeler Arch/Str** | **15,000** | **$ 210** |
| **Jr. BIM Modeler Arch/Str** | **15,000** | **$ 210** |

Note:

1. Further to the discussion over phone with you, Anitha has  agreed to negotiate the salary to 1Lakh/Month if she doesn't have  to relocate anywhere. otherwise she is asking for 1.2lakh/Month. You can discuss with her.

2. There can be a probation period of 6 months for all the employees in the beginning, after that seeing their performance they shall be given a confirmation letter.

3.Annual increment of 20-30% shall be awarded for the best performer/dedicated employees.

4.For the Junior modelers, salaries should be offered in such a way that for the first 6 months 15K, and for the next 6 months 18K, later depending their performance (Note no.3)

## 4.   Workstation and Server

Please follow the below Google sheet link for quatation for Work station and Server.
https://docs.google.com/spreadsheets/d/1iuzMjAoqUqh4NRkCSFLuSAOaPnbEJsT jq1yXCQqvW6U/edit?usp=sharing

(Above link also shared in the mail.)

When the price was high in this first quote, i had asked supplier to re quote and this is the best price in the market. Supplier is known to me hence he suggested that the better option is "AMD Ryzen 7 2700X" processor as is performs better than the " i7 9700K" and is cheaper. Another quote i have attached along with the mail.

Unfortunately the 3rd quote hasn't reached me yet. For sure its going to reach me by tomorrow and will forward you.

## 5.   Software

Licensed versions of Revit, AutoCAD and Navis Work Manager will be used. Hope you will arrange the license for the softwares.

## 6.   Office Interior and Furnitures

If we are not planning to take a furnished space. As  per my understanding ,
we will have to design the office layout and let them know. they will do partitions
for managers cabin, work spaces, conference room etc. as per our design.If that is
the case I suggest you to design the inetrior of the office, Once you decide the
design I can move further.

## 7.   Company Registration

Company registration process will be done as per the Government policy.
Once you confirmed the proposal I will immediately start the process.
You can also visit the below link for the procedure.

13 steps to starting a business in India
**https://services.amazon.in/resources/seller-blog/steps-to-starting-a-
business-in-india.html**

## 8.  Miscellaneous

### a.  Camera

If  you have any suggestions, Kindly let me know.

### b.  Advertisement

We are planning up to give advertisement through newspaper, job search portals and through reference for finding new employees.

## 9.  Maintanence

It includes daily cleaning of the office, mineral water, stationery items etc.

## Other expenses

a.  Hotel for US personnel
b.  Air fare.

