# Exhibit 3

Exhibit 3

Exhibit 3

# Minutes of Meeting

Date:        05-11-2019
Attendees:   Mr. Phill
             Anitha
             Sharath

1. We have decided to officially start operating the company on June 17th 2019.

2. Once after getting the appointment letter from DDG, we shall give a resignation letter to current offices. We are expecting to receive an appointment letter by Monday, 13th May 2019.

3. Mr.Phill may come on June 16th depending upon the availability to check the office spaces.

4. We shall first work in a small workspace, say, 20 members. And later move to a bigger space, say after 6 months.

5. Sharath and Anitha might negotiate the salary of extremely talented employees. We shall arrange a face to face skype interview with you as well.

6. Sample interview questions for both MEP and ARCH/STR to be prepared by Anitha.

7. We have finalized the decision about appointing an IT Support Engineer to safeguard our files. The job description of an IT Support Engineer shall be prepared and send in a separate file.

8. We have got confirmation today that the computer distributor will be provided after services.

9. We are in search of an accountant who can work as a part-time job with us to take care of our accounts and taxes.

10. Initially, we have decided to buy 3 licensed Revit software and rest could be pirated versions. Later depending upon the situation we may change this decision. Sharath will be inquiring about the same.

11. Sharath and Anitha are assigned to work on leave policies and holidays.

12. We have decided to give 'OFFs' for employees on alternative Saturdays. But Anitha will make sure half of the total employee will be working on every Saturday so that the works won't be affected.

13. We have decided to send Mr. Phill a 'Minutes Of Meeting' (MOM) document after every skype meeting.

14. We have decided to have 2 shifts and the working hours will be 7 am to 4 pm (1-hour break) and 3.30 to 12.30am (1-hour break). One shift will be for at least one month. This shift timing can be flexible if one can replace each other. (To be finalized.)

    a. <span style="color:red">The shift is permanent.  If an employee is hired for the 1st shift, he/she is permanently assigned to the first shift.  If an employee is hired for the 2nd shift, he/she is permanently assigned to the 2nd shift.  There might be some transitional period during the initial training, where the 2nd shift employee needs to work the 1st shift to prepare himself/herself for the permanent 2nd shift. The office has a finite number of workstations/computers; so we must maximize their usage.</span>

15. The timing for Sharath and Anitha will be from 9 am to 6 pm and 7 am to 4 pm respectively.(To be finalized.)

    a. <span style="color:red">Sharath or Anitha needs to be in the office at the start of a shift (7:00 AM or 3:30 PM)</span>
    b. <span style="color:red">Sharath and Anitha needs to figure out who would work the first shift and who would handle the second shift</span>

16. Documents such as company policies, vacations, etc are to be prepared and finalized.

17. Sharath will inquire about the bank account, workspace by Monday. Meanwhile, Anitha will take care of the company registration process.
18. <span style="color:red">Let's name the new office DDG|India.  I will have my guys design the logo for DDG|India</span>

---

Date:       05-13-2019
Attendees:  Mr Phill
            Sharath

1. We shall receive the appointment letter by tomorrow.

2. Sharath initiates the company registration process from tomorrow.

3. We are going to register our company on Anitha's and Sharath Name initially and later will transfer ownership to Mr.Phill as we have to quickly start the work.

4. We have decided to rent a bigger space in the beginning stage itself so that we are maintaining our company standard and status.

5. Sharath's Bank details to be given for the first official transfer of fund for our initiative.

6. We have decided to start the Indian operation of DDG as soon as possible and raise the number from 2no.s to 500 no.s in a very short period of time.

Cheers