# Exhibit 4

Exhibit 4

Exhibit 4

                                         Phihung Duong <duongphihung@gmail.com>

## Regarding company registration and Bank details
9 messages

**Sharath Babu P G** <sarathpg2007@gmail.com>                          Mon, May 13, 2019 at 9:15 AM
To: Phihung Duong <duongphihung@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

Hello Phill,

Further to the discussion over the phone, I will initiate the company registration process tomorrow.

Kindly note that as we have to quickly start our company, Initially, We are going to register our company on Anitha's and Sharath Name (Minimum 2 Indian director required.) Later we will transfer the ownership to Mr.Phill's name as agreed by you. If you have to start your current company's branch office here, it's a lengthy procedure and you will have to submit "A-Z" documents of yours as well as your partners.

Since you are a foreign national who is funding for us, they required your details. I will include details of required documents in a separate mail.

and as we discussed, we have decided to rent a bigger space in the beginning stage itself so that we are maintaining our company standard. As I said employees here prefer to work inside the INFO PARK campus than outside as they also see it as a "STATUS" of their own. :P

I have inquired about a new workspace inside info park and it is available now. Anitha will visit the place tomorrow and provide you images.

**Details are as follows**.

Area = 2200sqft
Per sqft rate=66 INR (Negotable they said)

=2200*66=145200/month (Negotable they said,)

(Internet and electricity are additional)

24 employees can sit and work (Total 48 including shifts), 2 cabins,1 Pantry, One conference room are available. It is fully furnished new workspace (Meeting Table, desk, chairs, sofa etc). We just have to bring our computers, plug-play and start functioning. Our office would be on the 13th floor of the building.

Next step We have to make a Project report of our company stating our
1.Company owner
1.Nature of work,
2. What we will be doing in another 5 years of time with regards to our expansion plans in future

Why we submit it?

We need to submit this project report in front of SEZ authorities (Special Economic Zone) to get special benefits from Government for reduced electricity rate 6 INR/Unit (Outside it is 12 INR/Unit) and many

other.

**The total amount we required now is as follows.**

If you agreed to rent the above workspace,

we have to pay Rs 2,00,000 INR to block the workspace for us.

1.18Lakh for Computer and 2 monitors which we ordered already.
35,000 INR for Company registration process.

Total:
2Lakh+1.18Lakh+35K = 3,53,000 INR

**Following are the bank details.**

Bank: STATE BANK OF INDIA

Name: SARATH BABU P.G

Account Number: ███████

IFSC Code: ███████

Branch Code: ████

MICR Code: ██████

SWIFT Code / BIC: ████████

Save on international fees by using TransferWise, which is 5x cheaper than banks.

(If you are using TransferWise to send me money, please send your money to anithamm2012@gmail.com)

Regards
--
>Sharath

---

**Phihung Duong** <duongphihung@gmail.com>                              Mon, May 13, 2019 at 10:37 PM
To: Sharath Babu P G <sarathpg2007@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

1) I have a hard time understanding the way you write currency. It's so confusing. Please always convert it to USD so that I can follow . Update the Googlesheet with the new office

2) Please send photos of the office

3) What's the rate used on TransferWise vs a bank Transfer? How do I initiate sending money through TransferWise?
[Quoted text hidden]
--
Phihung Duong
**Digital Design Group**

3/17/22, 11:21 PM Case 8:23-cv-01551 Document 1-4 Filed 07/12/23 Gmail - Regarding company registration and Bank details Page 4 of 6 PageID 77

949 | 923 | 9895

**Sharath Babu P G** <sarathpg2007@gmail.com>  Mon, May 13, 2019 at 11:54 PM
To: Phihung Duong <duongphihung@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

Dear Phill,

1.Okay, from now onwards i will mention both INR and USD.

The total amount we required are as follows,

2lakh INR (US$2900) to book the workspace for us.
1.18Lakh INR (US$1710) for the computer with 2 monitors which we already orderd.
35K INR (US$507) for pvt company registration.

(Will submit all the money trasaction details to you and update in google excel sheet on time.)

Total amount would be 3,53,000 INR US$5117

I have taken the exchange rate as 1USD=69INR
In Trasferwise you will get this rate. About trasferwise i have written below.


2.Will send photos today as anitha going to see the campus today.


3.If you want to send money in India and you regularly transfer money, transferwise is one better option.

And online transfer is the easiest way to send money.

All you need is an internet connection and use of local banking services to transfer money to an account in India.
You will need information including the name and address of the account holder or the recipient,
information about the financial institution the money is being sent to, and the IBAN or SWIFT code of the recipient bank.
This method is especially recommended if you do regular transfer of funds.
You can avoid the steep banking charges and the transaction can be done from the comfort of your home.

Best app is Trasnferwise to do so.


Please sign up in trasferwise (Desktop app and mobile app also available:

Pros of traswerwise:
1.pretty fast fund deposit in destination account
2.good exchange rates.
3.Very secure and reliable
4.Affordable
5.Cheap because of the middle-market exchange rates.
6.To send $1,000 to India, you'll pay $8.94 in total fees
7.Convenient (online or in app)


Another simillar app to trasferwise is Xoom (Its a paypal service)

Pros:

1.No fees for transfers above $1000
2.Guaranteed Exchange Rate
3.Instant bank transfers to ICICI,HDFC (Indian Banks)
4.Customer support are available 24/7
5.100% money-back guarantee

[Quoted text hidden]

**Phihung Duong** <duongphihung@gmail.com>                                                    Tue, May 14, 2019 at 12:02 AM
To: Sharath Babu P G <sarathpg2007@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

>   Sharath,
>
>   Please clarify what you meant by "no fee if sending more than $1,000 using Xoom"
>   [Quoted text hidden]

---

**Sharath Babu P G** <sarathpg2007@gmail.com>                                                 Tue, May 14, 2019 at 12:14 AM
To: Phihung Duong <duongphihung@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

>   Dear Phill,
>
>   Yes, there are no fees. Their website says so.
>
>   With Xoom.com, you can send money to India in just 4 easy steps.
>
>   Xoom.com is the easy and fast way to send money home to India
>
>   Bank deposits to major bank accounts in India within 24 hours  - Your money transfer reaches most major bank accounts in India including their partner Punjab National Bank within 24 hours.
>
>   Fee-Free Money Transfers - Your money transfer is fee-free when you send more than $1,000.
>
>   The Xoom Guarantee  - Your recipient will receive your money, or we'll refund your payment in full.
>   [Quoted text hidden]

---

**Phihung Duong** <duongphihung@gmail.com>                                                    Tue, May 14, 2019 at 12:19 AM
To: Sharath Babu P G <sarathpg2007@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

>   Do you know anyone who has used Xoom before?
>   [Quoted text hidden]

---

**Phihung Duong** <duongphihung@gmail.com>                                                    Tue, May 14, 2019 at 12:25 AM
To: Sharath Babu P G <sarathpg2007@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

>   Please compare the exchange rate between Xoom and regular banks.  It seems that Xoom's exchange rate is lower than the market rate.  That's how they can do it for "free"
>   [Quoted text hidden]

---

**Sharath Babu P G** <sarathpg2007@gmail.com>                                                 Tue, May 14, 2019 at 12:46 AM
To: Phihung Duong <duongphihung@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

>   Ok, will do that.
>   [Quoted text hidden]

---

**Sharath Babu P G** <sarathpg2007@gmail.com>                                                  Tue, May 14, 2019 at 8:44 AM
To: Phihung Duong <duongphihung@gmail.com>
Cc: Anitha Manoj <anithamm2012@gmail.com>

>   Dear Phill,
>
>   # International Money Transfer Fees
>
>   If transfer fees charged by your local bank seem on the higher side, consider using TransferWise or Xoom.
>
>   TransferWise                                                                        [Quoted text hidden]

- TransferWise lets you view the fee structure it follows online.
- With TransferWise, you pay a percentage of how much you transfer in fees. Fees can vary depending on the destination country.

\>Sharath

Xoom

- The amount you transfer, the method of payment, and the destination country can have an effect on the fees Xoom charges.
- Transfers to some countries do not attract any fees, provided you pay using your bank account and the transfer amount exceeds a predetermined threshold.
- Payments made using bank accounts tend to attract lower fees when compared to making payments via debit or credit cards.
- The online calculator provided by Xoom gives you an easy means to check how much your transfer might cost.

Also please read the below link to get a clear idea about XOOM transfer.

https://transferwise.com/us/blog/xoom-international-transfer-fees

Kindly transfer money as soon as possible, our computer will arrive in a couple of days.

Or else you can transfer your money directly to the following account in your usual method; that's wire transfer via bank.

Bank: Syndicate Bank
NAME: Mr.Prajosh OV
Account number: [redacted]
IFSC: [redacted]
MICR CODE: [redacted]
Branch Code: [redacted]
SWIFT CODE: [redacted]


Regards