# Exhibit 5

Exhibit 5

Exhibit 5

# Digital Design Group

24211 Torena Circle
Mission Viejo, CA 92691

www.digitaldesigngroup.co

May 15, 2019

Re: Employment Offer

Dear Anitha,

First, I would like to thank you very much for joining DDG and helping us establish a satellite office in India

As agreed, your monthly salary is ₹100,000, all inclusive (taxes, insurance, etc. included).

Again, thank you and I look forward to be working closely with you on this exciting journey.

Sincerely,

Phil Duong
Director of Operations
949-923-9895
philduong@digitaldesigngroup.com

**Digital Design Group**

24211 Torena Circle  
Mission Viejo, CA 92691

www.digitaldesigngroup.com

May 14, 2019

Re: Employment Offer

Dear Sharath,

First, I would like to thank you very much for joining DDG and helping us establish a satellite office in India

As agreed, your monthly salary is ₹80,000, all inclusive (taxes, insurance, etc. included).

Again, thank you and I look forward to be working closely with you on this exciting journey.

Sincerely,

Phil Duong  
Director of Operations  
949-923-9895  
philduong@digitaldesigngroup.com