# Exhibit 6

Exhibit 6

Exhibit 6

