# Exhibit 7

Exhibit 7

Exhibit 7





### DDG BIM Services Pvt Ltd
@ddgbimservices · Engineering Service

**WhatsApp**



Home    Reviews    Videos    Photos    More ▼          👍 Like    💬 Message    🔍    •••



About                                          See all

📍 Trans Asia Cyber Park,
   Infopark Phase 2, Kakkanad,
   Ernakulam Kochi, Kerala, India
   682303

ℹ️ DDG (Digital Design Group) was founded in 1996 by a small group of visionaries. We started out with 3 employees. Over the years, we have grown to a well-established company with over 150 designers, detailers, and drafters. See less

👍 202 people like this

📦 204 people follow this

📍 15 people checked in here

🌐 http://www.ddgbimservices.com/

💬 Send message

✉️ info@digitaldesigngroup.com

🕐 Open now
   7:00 AM - 12:30 AM ▼

🗂️ Engineering Service



Create post

🖼️ Photo/video    📍 Check in    👥 Tag friends

DDG BIM Services Pvt Ltd updated their profile picture.
January 5 · 🌐

👍 1

👍 Like    💬 Comment    ↗ Share



Open now
7:00 AM - 12:30 AM

Engineering Service

## Suggest Edits

Does this place have a phone number?

Yes | Unsure | No

### Photos — See all



### Page transparency — See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

 Page created - May 16, 2019

### Related Pages



Terrene Visage — Photographer — Like

Shutterskape — Photography Videography — Like

AXYZ — Architectural Designer — Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2022

---

Write a comment...

**DDG BIM Services Pvt Ltd** is in InfoPark, Kochi.
May 29, 2021

Interior Design
.
.
#3dsmax #vray #3d #housedesign #house #newproject #designer #ddgbimservices



Like | Comment | Share

**DDG BIM Services Pvt Ltd**
May 22, 2021

Interior Design
#3d #3dmodeling #rendering #ddg #3dsmax



3

Like | Comment | Share

Write a comment...

**DDG BIM Services Pvt Ltd**
May 20, 2021

3D Rendering
#3dmodeling #3dsmax #vray #ddgbimservices





