# Exhibit 8

Exhibit 8

Exhibit 8









