# Exhibit 9

Exhibit 9

