# Exhibit 10

Exhibit 10

Exhibit 10

