# Exhibit 11

Exhibit 11

Exhibit 11

