# Exhibit 12

Exhibit 12

Exhibit 12

# DESIGNING

DDG ENGINEERING SERVICES

SERVICES • REFERENCES ABOUT CONTACT



# WHAT WE DO FOR MEP ENGINEERS

Transitioning from CAD to integrated BIM workflows can feel like a big change, but it's more than worth the effort. By adopting BIM will result in greater precision, fewer mistakes, and collaboration at every step of the project. MEP firms using Revit's design functionalities seek help from our BIM engineers to augment their in-house teams.

We provide solutions for MEP Engineers, Consultants and Contractors by developing 3D Models from inputs such as PDF mark-ups, AutoCAD or Point Cloud files. The developed MEP 3D will be coordinated with other trades (Architectural & Structural) in order to identify the clashes or constructability issues. Once a coordinated model is produced, we extract individual and combined services drawings and help in producing construction documentation with necessary annotations and details.