# Exhibit 13

Exhibit 13

**Raul Flores**  Wed, May 18, 2022 at 2:22 PM
To: "phil.duong@digitaldesigngroup.com" <phil.duong@digitaldesigngroup.com>

[Quoted text hidden]

**Raul Flores** <raulf@ppmechanical.com>

FYI

**Thanks,**

**Raul Flores** | BIM/QAQC Manager

**Pan-Pacific Mechanical**

48363 Fremont Blvd, Fremont, CA 94538

P: (650) 561-8810 | F: (650) 561-8811 | C: (949) 422-8471

raulf@ppmechanical.com | Pan-Pacific Mechanical | Please Contact Us



   *Follow Pan-Pacific*

**From:** Sarath Babu <sarath.babu@ddgengineeringservices.com>
**Sent:** Wednesday, May 18, 2022 2:15 PM
**To:** Raul Flores <raulf@ppmechanical.com>
**Cc:** Shamla A <anitha.shamla@ddgengineeringservices.com>
**Subject:** Re: FW: DDG BIM, Pending Invoices.

Raul,

That is a notepad screenshot. Not a Whatsapp screenshot. Anything can be added or edited in the notepad.

DDG BIM LLC is registered in the USA that belongs to me and Anitha, and we made an agreement between PPM and DDG BIM LLC. So, does it really matter if it is Digital Design Group or DDG BIM Services Pvt Ltd? We had our freelance employees working for PPM even sitting in Sri Lanka. ( Our neighbouring country).

please consider us as your partner and work together.

Do you want to come for a quick meeting? If you are free?

[Quoted text hidden]