# Exhibit 14

Exhibit 14

Exhibit 14

# Gmail

**FW: DDG BIM, Pending Invoices.**
4 messages

**Phihung Duong <duongphihung@gmail.com>**

**Raul Flores** <raulf@ppmechanical.com>  Wed, May 18, 2022 at 8:26 AM
To: "phil.duong@digitaldesigngroup.com" <phil.duong@digitaldesigngroup.com>

FYI

Thanks,

**Raul Flores** | BIM/QAQC Manager

**Pan-Pacific Mechanical**

48363 Fremont Blvd, Fremont, CA 94538

P: (650) 561-8810 | F: (650) 561-8811 | C: (949) 422-8471

raulf@ppmechanical.com | Pan-Pacific Mechanical | Please Contact Us





 *Follow Pan-Pacific*

**From:** Sarath Babu <sarath.babu@ddgengineeringservices.com>
**Sent:** Wednesday, May 18, 2022 5:10 AM
**To:** Raul Flores <raulf@ppmechanical.com>
**Cc:** Shamla A <anitha.shamla@ddgengineeringservices.com>
**Subject:** Re: DDG BIM, Pending Invoices.

Dear Raul,

We are happy that Sarath and Anitha became the reason for Raul-Phihung's reunion.

First of all, we never told you that we are from "Digital Design Group" We approached you saying we are "DDG BIM Services Pvt Ltd". (Fig.1), also we have added Certificate of Incorporation ( Fig.2) and company master data. (Fig.3) Do you see Phihung's name there??  We did not lie to you; we had given you all the original documents of our company which were provided to us by the Indian Government. Since PPM is not willing to send the amount directly to our DDG BIM Indian account, we registered a new company in the state of Florida.

If my memory is right, during our first meeting, You were also concerned that whether Phihung will create any issues for us or not.

5/18/22, 11:54 PM

Gmail - FW: DDG BIM, Pending Invoices.

Yes, Phihung was our client, who used to give projects to us like other Clients, but we had collaborated a bit deeper with Phihung for developing his MEP here in India, and also the need for Architectural support from us as well. But later at the beginning of 2022, we had a disagreement with him regarding the remuneration and we had to quit.(Fig.6) We used his domain digital design group. With other clients also we use their domain. We used to raise invoices and Phihung used to pay to us. I can provide you with all the invoice details from beginning to end ever since we stopped working. Also, in our bail application that we submitted to the court, we clearly explained everything. Please see the attached.

Now that Phil had complained that we are using the name DDG and his company name to catch his clients. That is wrong. We approached PPM when we came to know that PPM Norcal stopped giving work to Phihung due to some issues with our company name. We also told the court that there are more than 35 companies with the same name DDG all around the globe. Our company name is the same as DDG BIM. We did not change the company name. ( Since Phil is saying our DDG full form is 'Digital Design Group' and creating issues, so we wrote its original expansion which is 'Design Development Group' in our logo) to avoid misunderstandings.

Our company name is still the same DDG BIM Services Pvt Ltd.

Phihung often visit BIM Service providers in India for collaboration, he also visited us and other companies in India such as Advenser, and BIMGraphix. (Fig.5)

How can he/his lawyer freeze our account? Our DDG BIM LLC account is still active and I am able to access it. Phihung does he know our account details. We gave that account details only to PPM. Will PPM reveal their contractors' details to others? DDG BIM LLC is a separate company registered in Florida. We gave only to you.

If that account is frozen, I can provide you with another US account details where you can give us the money. There is no way you can say you cannot help me in this matter. We worked for 3 months and I gotta pay my guy's salary. Americans are rich and that amount is very small for you but we are from a poor country and we are trying hard to move our life forward. Please help us with the payment. So, I can pay my guy's salary. Please respond.