# Exhibit 15

Exhibit 15

Exhibit 15

# DDG BIM SERVICES

In any construction project, there are several participants involved, as well as infinite interactions between parties. The projects are multidisciplinary and include information that is not necessary to all involved. So who is responsible for what in each project? How far does my responsibility go and where does yours start? BIM helps to order the complexity of this process.

"Smooth cooperation is the basis for all construction."

Our goal in everything is to make things better. Refining working methods and bringing all partners to a common table from the beginning of the life cycle of a construction project ensures that things are done right at once.

We help you leverage data modelling so you can work more effectively as a designer or builder for your construction project. We will find out what kind of requirements need to be set for data modelling in order for it to be usable for your project. We also ensure smooth cooperation between different actors.

Our experience and expertise, together with the software we use, enables us to collaborate effectively in real-time with other AEC professionals and role-players from pre-construction through the project delivery process to handover.

