UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01551-KKM/JSS

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.

DDG BIM SERVICES LLC,
a Florida limited liability company,

DDG BIM SERVICES PVT. LTD.,
a Republic of India company,

DDG ENGINEERING SERVICES PVT. LTD.,
a Republic of India company,

SARATH BABU,
a/k/a Premarajan Geetha Sarath Babu,
a/k/a Sharath Babu PG, and

SHAMLA ABOOBACKER,
a/k/a Anitha Manoj,
a/k/a Anithamanu,

    Defendants.

---

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this

Court, or any other Federal or State court, or administrative agency as indicated below:

> Although foreign, plaintiffs disclose that this case is related to three other proceedings in the Republic of India, a criminal proceeding and a civil proceeding, as well as a criminal appeal/petition. As best plaintiffs can discern the court, style, and docket nos. of those cases is:
>
> 1. **Civil Case:** The Court of the Addl. District Judge -VII, Ernakulam, *Kim Nhung THi Nguyen and Hung Phi Duong vs. Shamla Aboobacker, Sarath Babu, DDG BIM Services Pvt. Ltd., and DDG Engineering Services Pvt. Ltd.*, O.S. No. ___ of 2022;
>
> 2. **Criminal Case**: The High Court of Kerala at Ernakulam, *State of Kerala v. Shamla Aboobacker, Sarath Babu, and Anumol Shaji*, Bail Appl. No. 2621 of 2022; and
>
> 3. **Appeal**: Supreme Court of India, Criminal Appellate Jurisdiction, *Hung Phi Duong v. Shamla Aboobacker et al.*, SLP(Crl) No. 004174 - 004174/2022.
>
> To the extent the Court believes further information on any of these proceedings is necessary for compliance with the rules, plaintiffs can provide same.

☐ IS **NOT** related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
Attorney for Plaintiff