AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HUNG PHI DUONG, and<br>KIM NHUNG THI NGUYEN<br>d/b/a DDG Digital Design Group<br><br>*Plaintiff(s)*<br>v.<br>DDG BIM SERVICES LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-01551 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DDG BIM SERVICES PRIVATE LTD
13C, Trans Asia Cyber Park Infopark, Phase 2,
Kakkanad, Ernakulam, Kerala, India – 682303

represented by Managing Director Ms. Shamla Aboobacker @ Anitha Manoj, aged 39 years, D/o Sulaiman Aboobacker, 116 K Tower 1, DD Golden Gate, Palachuvadu, Kakkanad, Ernakulam-682030.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Klema Law, P.L.
PO Box 172381
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HUNG PHI DUONG, and<br>KIM NHUNG THI NGUYEN<br>d/b/a DDG Digital Design Group<br><br>*Plaintiff(s)*<br>v.<br>DDG BIM SERVICES LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-01551 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DDG ENGINEERING SERVICES PRIVATE LTD
116 K Tower 1, DD Golden Gate Palachuvadu,
Kakkanad, Ernakulam, Kerala, Pin 682030

Represented by its Managing Director Ms. Shamla Aboobacker @ Anitha Manoj, aged 39 years, D/o Sulaiman Aboobacker, 116 K Tower 1, DD Golden Gate, Palachuvadu, Kakkanad, Ernakulam-682030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Klema Law, P.L.
PO Box 172381
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: July 14, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

HUNG PHI DUONG, and  
KIM NHUNG THI NGUYEN  
d/b/a DDG Digital Design Group

*Plaintiff(s)*

v.   Civil Action No. 8:23-cv-01551

DDG BIM SERVICES LLC, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHAMLA ABOOBACKER  
Shamla Nivas, Kudamaloor,  
Near Pechiammen Kovil,  
Aymanam, Kudamaloor Vaikom, Kottayam- 686 017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Klema Law, P.L.  
PO Box 172381  
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: July 14, 2023

*Signature of Clerk or Deputy Clerk*


Lisa Silvia

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HUNG PHI DUONG, and<br>KIM NHUNG THI NGUYEN<br>d/b/a DDG Digital Design Group<br><br>*Plaintiff(s)*<br>v.<br>DDG BIM SERVICES LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-01551 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DDG BIM SERVICES LLC
c/o REGISTERED AGENTS INC.
7901 4TH ST N STE 300
ST. PETERSBURG, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Klema Law, P.L.
PO Box 172381
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: July 14, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group

*Plaintiff(s)*

v.

DDG BIM SERVICES LLC, et al.

*Defendant(s)*

Civil Action No. 8:23-cv-01551

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SARATH BABU
Anjana Nivas,
Chekkiyattu Kavu,
Kayaralam, Mayyil, Kannur-670 602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Klema Law, P.L.
PO Box 172381
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: July 14, 2023

*Signature of Clerk or Deputy Clerk*