# **RETURN OF SERVICE**

**State of Florida**                                                                                                         **County of Hillsborough**

Case Number: 8:23-CV-01551

Plaintiff:
**HUNG PHI DUONG, and KIM NHUNG THI NGUYEN d/b/a Digital Design Group**

vs.

Defendant:
**DDG BIM SERVICES LLC, et al.**

For:
GRIFFIN Klema, Esq.
PO BOX 172381
TAMPA, FL 33672

Received by Taylor & Associates Investigation Firm, LLC on the 14th day of July, 2023 at 2:26 pm to be served on **DDG BIM SERVICES LLC, 7901 4TH ST. N. STE 300, ST. PETERSBURG, FL 33702**.

I, Denise Vanlith, do hereby affirm that on the **20th day of July, 2023** at **11:07 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons In a Civil Action, Verified Complaint for Injunctive Relief and Damages, Exhibits 1-16** with the date and hour of service endorsed thereon by me, to: **KOREY FRANK** as **Registered Agent** at the address of: **7901 4TH ST. N. STE 300, ST. PETERSBURG, FL 33702** on behalf of **DDG BIM SERVICES LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Denise Vanlith
APS 58932

**Taylor & Associates Investigation Firm, LLC**
**4403 Gandy Circle**
**Tampa, FL 33616**
**(813) 928-1380**

Our Job Serial Number: TAY-2023000092