UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUNG PHI DUONG and KIM NHUNG THI NGUYEN,

    Plaintiffs,

v.                                                                                                  Case No: 8:23-cv-1551-KKM-JSS

DDG BIM SERVICES LLC, DDG BIM SERVICES PVT. LTD., DDG ENGINEERING SERVICES PVT. LTD., SARATH BABU and SHAMLA ABOOBACKER,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **DDG BIM SERVICES LLC** in Tampa, Florida on the 6th day of September, 2023.

ELIZABETH M. WARREN, CLERK

s/ST, Deputy Clerk

Copies furnished to:

Counsel of Record