UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01551-KKM/JSS

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.

DDG BIM SERVICES LLC,
a Florida limited liability company,

DDG BIM SERVICES PVT. LTD.,
a Republic of India company,

DDG ENGINEERING SERVICES PVT. LTD.,
a Republic of India company,

SARATH BABU,
a/k/a Premarajan Geetha Sarath Babu,
a/k/a Sharath Babu PG, and

SHAMLA ABOOBACKER,
a/k/a Anitha Manoj,
a/k/a Anithamanu,

    Defendants.

## DECLARATION OF GRIFFIN C. KLEMA, ESQ. RESPECTING SERVICE OF PROCESS

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for plaintiffs Hung Phi Duong and Kim Nhung Thi Nguyen in this action.

2. I submit this declaration as evidence of service of process on four India-based defendants (DDG BIM Services Pvt. Ltd., DDG Engineering Services Pvt. Ltd., Sarath Babu, and Shamla Aboobacker), consistent with the authorization provided by the Court in its Order, October 30, 2024, permitting alternative service by email.

3. On July 12, 2023, at 9:24 PM Eastern Time, I received Court-stamped copies of the complaint in this case with its sixteen exhibits, bearing docket nos. 1-0 through 1-16. On July 14, 2023, at 1:09 PM Eastern Time, I received Court-stamped copies of the summonses issued by the Clerk of Court in this case, bearing docket no. 5.

4. On October 30, 2024, I drafted and sent, at 12:26 PM Eastern Time, an email to each of the four email addresses identified by the Court in its Order:

   a. anitha4manu@gmail.com;

   b. sarathpg2007@gmail.com;

   c. sarath.babu@ddgengineeringservices.com; and

   d. anitha.shamla@ddgengineeringservices.com.

Attached hereto is a true and correct copy of that email message.

5. Within the .ZIP file ("Original Process - US suit post-order.zip") I included the following documents, totaling 136 pages:

| Name | Compress... | Type |
|---|---|---|
| 23-cv-1551 - DE 1-0 - Complaint.pdf | 311 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-1 - Ex 1.pdf | 65 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-2 - Ex 2.pdf | 1,618 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-3 - Ex 3.pdf | 334 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-4 - Ex 4.pdf | 128 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-5 - Ex 5.pdf | 113 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-6 - Ex 6.pdf | 88 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-7 - Ex 7.pdf | 1,210 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-8 - Ex 8.pdf | 423 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-9 - Ex 9.pdf | 66 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-10 - Ex 10.pdf | 390 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-11 - Ex 11.pdf | 92 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-12 - Ex 12.pdf | 249 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-13 - Ex 13.pdf | 110 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-14 - Ex 14.pdf | 116 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-15 - Ex 15.pdf | 116 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 1-16 - Ex 16.pdf | 398 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 5-0 - Summsonses.pdf | 185 KB | Adobe Acrobat Document |
| 23-cv-1551 - DE 20-0 - ORDER granting in part MTN for alt service.pdf | 178 KB | Adobe Acrobat Document |

6.   As concerns the summonses ("23-cv-1551 - DE 5-0 - Summsonses.pdf"), only the four summonses to the India-based defendants were included (four pages), even though the original document filed on the docket included the summons issued to the US-based defendant, DDG BIM Services LLC (five pages). I did not include the summons as to DDG BIM Services LLC in the file, as DDG BIM Services LLC had already been served.

Dated: October 30, 2024.

                                                            /s/ Griffin Klema
                                                            Griffin C. Klema, Esq.

# Griffin Klema

| | |
|---|---|
| **From:** | Griffin Klema <griffin@klemalaw.com> |
| **Sent:** | Wednesday, October 30, 2024 12:26 PM |
| **To:** | 'anitha4manu@gmail.com'; 'sarathpg2007@gmail.com'; 'sarath.babu@ddgengineeringservices.com'; 'anitha.shamla@ddgengineeringservices.com' |
| **Subject:** | SERVICE OF A COURT DOCUMENT (Duong v. DDG BIM Servs. LLC, no. 8:23-cv-1551-KKM-LSG) |
| **Attachments:** | Original Process - US suit post-order.zip |

TO:

Pursuant to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (HCCH 1965 Service Convention), and order by the United States District Court for the middle District of Florida granting plaintiff's *ex parte* motion for alternative service, the attached documents are being served upon you.

| Court: | The United States District Court for the Middle District of Florida |
|---|---|
| Case No.: | 8:23-cv-1551-KKM-LSG |
| Plaintiff(s): | Hung Phi Duong, et al. |
| Defendant(s): | DDG BIM Services LLC, et al. |
| Title of Document(s): | 1. Complaint, DE 1-0<br>2. Complaint exhibits, nos. 1 to 16, DE 1-1 to 1-16<br>3. Summons – DDG BIM Services Pvt. Ltd., DE 5<br>4. Summons – DDG Engineering Services Pvt. Ltd., DE 5<br>5. Summons – Sarath Babu, DE 5<br>6. Summons – Shamla Aboobacker, DE 5<br>7. Order authorizing alternative service, DE 20 |
| Sender's Name: | Griffin C. Klema, Esq. |
| Sender's Telephone No.: | 202-713-5292 |
| Sender's email: | Griffin@KlemaLaw.com |

**GRIFFIN KLEMA**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call: zoom

Griffin@KlemaLaw.com

1