# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DOUNG et al**

**v.**                              **CASE NO. 8:23-cv-1551-KKM-LSG**

<u>**DDG BIM SERVICES LLC et al**</u>/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **DDG BIM SERVICE PVT. LTD, DDG ENGINEERING SERVICES PVT. LTD., SARATH BABU, and SHAMLA ABOOBACKER,** in Tampa, Florida on December 10, 2024.

ELIZABETH M. WARREN, CLERK

s/ AC, Deputy Clerk

Copies furnished to:  Counsel of Record