UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01551-KKM/JSS

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.

DDG BIM SERVICES LLC,
a Florida limited liability company,

DDG BIM SERVICES PVT. LTD.,
a Republic of India company,

DDG ENGINEERING SERVICES PVT. LTD.,
a Republic of India company,

SARATH BABU,
a/k/a Premarajan Geetha Sarath Babu,
a/k/a Sharath Babu PG, and

SHAMLA ABOOBACKER,
a/k/a Anitha Manoj,
a/k/a Anithamanu,

    Defendants.

---

### DECLARATION OF HUNG PHI DUONG

I, Hung Phi Duong, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1.     I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2.	Since 2005, my wife (Kim Nhung Thi Nguyen) and I have owned and operated an engineering design business through which we hold ourselves out to the public as "Digital Design Group" which we shorten to the acronym DDG. We have used the DDG brand which our clients have become acquainted with over many years.

3.	DDG's services include engineering drawings that commercial and industrial clients hire us to prepare which ensures various equipment, utilities, and other structures are properly laid out within a building. This is known in the industry as Building Information Modeling (BIM). Those services span the stages of planning, designing, construction, and management of commercial and industrial buildings and falls within the Architectural, Structural, Engineering, and Construction (AEC) industries. We also perform what is called "clash detection." For example, a particular client may have certain equipment that requires movement of liquids within a facility to service manufacturing and production processes. Piping from sources to various equipment must be drawn schematically while simultaneously accommodating and accounting for other structures, such as structural beams, electrical conduit, clearances for maintaining equipment, and so on. Our services address potential problems before construction begins. The following is an example of our work product:

[Figure: DDG BIM Services rendering of a piping/equipment skid]

4. The skill involved in preparing these kinds of drawings takes substantial time to develop while also having expertise in various construction codes and a client's operations. I have trained our employees and subcontractors, and it typically takes about three years before they become sufficiently productive to provide a return on that investment. Consequently, the expansion of our business takes considerable capital in the form of wages and time.

5. As our business grew, we outsourced some of the operations abroad, including to Vietnam. Eventually, we sought to expand by outsourcing additional labor to India to relieve the increasing burden on our Vietnamese personnel.

6. I then became acquainted with Sarath Babu and Anitha Aboobacker, who initially helped provide services as they were moonlighting from their existing

full-time employment with another company in India. After some initial success working with them, my wife and I agreed to have them manage a much larger operation in India with formal organization of an Indian business that would operate as our directly-owned subsidiary.

7. Starting on May 20, 2019, after obtaining the agreement of Sarath and Anitha, my wife and I began to invest in organizing the Indian business. We paid wages to Anitha and Sarath, purchased software and computers for modelers, paid rent for office space, bought signage and furniture, and more.

8. I reviewed the costs we incurred between May 2019 and February 2022, and those expenses total $914,848.67. The cash outlays invested in DDG BIM Services Pvt. Ltd., were wire-transferred to Anitha/Sarath, who in turn used those funds to pay the expenses associated with our Indian operations. If called upon, I can provide the banking statements showing these transfers.

9. As part of our marketing, we have operated a website, digitaldesigngroup.com since 1997. In 2019, as part of our investment in the India operations, we registered and own ddgbimservices.com. Clients of ours, however, have been confused about two websites I understand that are operated by Anitha and Sarath: ddgengineeringservices.com and ddg-bimservices.com, which incorporate my registered trademark, DDG.

10. Anitha and Sarath refused to transfer ownership of DDG BIM Services Pvt. Ltd. to me, and I eventually became aware that they were competing with me and my wife behind our backs, taking our clients and funneling revenues to a

different India entity, DDG BIM Engineering, Pvt., Ltd. while using the resources of DDG BIM Services Pvt. Ltd. that my wife and I funded.

11. To date, my wife and I have lost the entirety of our investment of $914,848.67 in the Indian operations, besides intangible property of confidential information provided to Anitha and Sarath that includes our historical, current, and prospective clients, among other information about how our business is run. Consequently, we have lost multiple business opportunities since February 2022 to the present, as Anitha and Sarath continue to operate the two India businesses that we spent our own funds developing and the goodwill associated with the DDG brand.

12. Historically, and based on our own U.S. operations and the Vietnam operations, we typically earn revenues of three to four times expenses, but that return only occurs after several years of investment in training personnel.

13. Based on the capital outlay developing the Indian operations over three years ($914,848.67), I have estimated that the revenue which Anitha and Sarath have obtained using our DDG brand (through the websites and social media accounts that I understand they still control), and my wife and I have lost an estimated $2,700,000 to $3,600,000 in revenue between February 2022 and January 2025.

Dated: January 29, 2025.

/s/ Hung Phi Duong
Hung Phi Duong