UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01551-KKM/JSS

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.

DDG BIM SERVICES LLC,
a Florida limited liability company,

DDG BIM SERVICES PVT. LTD.,
a Republic of India company,

DDG ENGINEERING SERVICES PVT. LTD.,
a Republic of India company,

SARATH BABU,
a/k/a Premarajan Geetha Sarath Babu,
a/k/a Sharath Babu PG, and

SHAMLA ABOOBACKER,
a/k/a Anitha Manoj,
a/k/a Anithamanu,

    Defendants.

---

**DECLARATION OF GRIFFIN C. KLEMA, ESQ. REGARDING PLAINTIFFS' COSTS**

    I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for plaintiffs Hung Phi Duong and Kim Nhung Thi Nguyen in this action. I submit this declaration in support of their motion for default final judgment to substantiate the amount of court costs incurred by the plaintiffs. I have personal knowledge of the following facts.

2. I reviewed the expense records maintained by my firm and those costs incurred by the plaintiffs in bringing this lawsuit. The records evidencing the case initiation fee, $402.00 and fee for service of process on the Florida defendant, $75, are attached to this affidavit.

Dated: January 29, 2025.

                                                            /s/ Griffin Klema
                                                           Griffin C. Klema, Esq.

# Griffin C. Klema, Esq.

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, July 12, 2023 9:15 PM |
| **To:** | griffin@klemalaw.com |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA MIDDLE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Megan Jaffe at 407-835-4353.

Account Number: 2997079
Court: FLORIDA MIDDLE DISTRICT COURT
Amount: $402.00
Tracking Id: AFLMDC-21034716
Approval Code: 56908P
Card Number: ************7957
Date/Time: 07/12/2023 09:15:27 ET

Attorney Name: Griffin Klema
Firm Name: Klema Law PL
Name of Person Completing Transaction: Griffin Klema

NOTE: This is an automated message. Please do not reply

# Griffin Klema

| | |
|---|---|
| **From:** | Michael Taylor <taylorinvestigations1@gmail.com> |
| **Sent:** | Tuesday, August 22, 2023 10:16 AM |
| **To:** | GRIFFIN@KLEMALAW.COM |
| **Subject:** | Payment Request for TAY Job 2023000092 |

Payment Request

From: Taylor & Associates Investigation Firm, LLC
To: GRIFFIN Klema, Esq.

This message is in regard to:
   Job Number: 2023000092
   Party To Be Served: DDG BIM SERVICES LLC, 7901 4TH ST. N. STE 300, ST. PETERSBURG, FL 33702
   Documents: Summons In a Civil Action, Verified Complaint for Injunctive Relief and Damages, Exhibits 1-16

Amount Due: $75.00

Payments can be made by going to https://tay.sopstatus.com/mlink-payment/?d=eVY0eKd5aTgxF7UoqSqd68sYLF1MVVXwAz7exCLdU78

Thank you for your business!