UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01551-KKM/LSG

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.

DDG BIM SERVICES LLC,
a Florida limited liability company,

DDG BIM SERVICES PVT. LTD.,
a Republic of India company,

DDG ENGINEERING SERVICES PVT. LTD.,
a Republic of India company,

SARATH BABU,
a/k/a Premarajan Geetha Sarath Babu,
a/k/a Sharath Babu PG, and

SHAMLA ABOOBACKER,
a/k/a Anitha Manoj,
a/k/a Anithamanu,

    Defendants.

___

### PLAINTIFFS' NOTICE OF DEFENDANTS' ADDRESS, PURSUANT TO COURT ORDER [ECF 29]

Plaintiffs, Hung Phi Duong and Kim Nhung Thi Nguyen, pursuant to the Court's order [ECF 29] requiring they file a notice providing the last-known

addresses of the defendants, hereby provide the following:

**DDG BIM SERVICES LLC**
c/o REGISTERED AGENTS INC.
7901 4TH ST N STE 300
ST. PETERSBURG, FL 33702

**DDG BIM SERVICES PVT. LTD.**
13C, Trans Asia Cyber Park Infopark, Phase 2,
Kakkanad, Kerala, India – 682303
sarathpg2007@gmail.com

**DDG ENGINEERING SERVICES PVT. LTD.**
116 K Tower 1, DD Golden Gate Palachuvadu,
Kakkanad, Kerala, India – 682030
contact@ddgengineeringservices.com
Online contact form allowing file submission:
https://www.ddgengineeringservices.com/contact-us

**SARATH BABU**
Anjana Nivas,
Chekkiyattu Kavu,
Kayaralam, Mayyil, Kannur-670 602
sarathpg2007@gmail.com
sarath.babu@ddgengineeringservices.com

**SHAMLA ABOOBACKER**
*Believed to be her residential address, even though also listed for DDG Engineering Services Pvt. Ltd.:*
116 K Tower 1, DD Golden Gate Palachuvadu,
Kakkanad, Kerala, India – 682030

Shamla Nivas, Kudamaloor,
Near Pechiammen Kovil,
Aymanam, Kudamaloor Vaikom, Kottayam- 686 017
anithamm2012@gmail.com
anitha4manu@gmail.com
anitha.shamla@ddgengineeringservices.com

                                                    __/s/ Griffin Klema_____
                                                    Griffin C. Klema, Esq.
                                                    Fla. Bar No. 100279
                                                    Griffin@KlemaLaw.com
                                                    **Klema Law, P.L.**
                                                    PO Box 172381
                                                    Tampa, FL 33672
                                                    420 W. Kennedy Boulevard
                                                    Tampa, FL 33606
                                                    Telephone: 202-713-5292
                                                    *Attorney for Plaintiffs*

ⓘ Company Information   👤 Directors   📞 Contact Information   ☑ Legal Check   📊 Financial Reports   $ Investors

# DDG BIM SERVICES PRIVATE LIMITED

**As on: 2024-08-05**

**DDG BIM SERVICES PRIVATE LIMITED** (CIN: U93000KL2019PTC058258) is a Private company incorporated on 03 Dec 2019. It is classified as Non-government company and is registered at Registrar of Companies, Ernakulam. Its authorized share capital is Rs. 1000000.00 and its paid up capital is Rs. 100000.00.

DDG BIM SERVICES PRIVATE LIMITED's Annual General Meeting (AGM) was last held on 30 Dec 2023. and as per records from Ministry of Corporate Affairs (MCA), its balance sheet was last filed on 2023-03-31.**DDG BIM SERVICES PRIVATE LIMITED**'s NIC code is 930 (which is part of its CIN). As per the NIC code, it is inolved in Other service activities.

Directors of DDG BIM SERVICES PRIVATE LIMITED are PREMARAJAN GEETHA ==SARATH BABU==, and ==SHAMLA ABOOBACKAR==.

DDG BIM SERVICES PRIVATE LIMITED's Corporate Identification Number (CIN) is U93000KL2019PTC058258 and its registration number is 58258. Users may contact DDG BIM SERVICES PRIVATE LIMITED on its Email address - ==sarathpg2007@gmail.com==. Registered address of DDG BIM SERVICES PRIVATE LIMITED is ==13c, Trans Asia Cyber Park Infopark, Phase 2 , Kakkanad, Kerala, India - 682303==.

Current status of DDG BIM SERVICES PRIVATE LIMITED is - Active.

ⓘ Company Information  👤 Directors  📞 Contact Information  ✓ Legal Check  📊 Financial Reports  $ Investors

# DDG ENGINEERING SERVICES PRIVATE LIMITED

**As on: 2024-07-10**

DDG ENGINEERING SERVICES PRIVATE LIMITED (CIN: U74200KL2021PTC067791) is a Private company incorporated on 03 Dec 2021. It is classified as Non-government company and is registered at Registrar of Companies, Ernakulam. Its authorized share capital is Rs. 1000000.00 and its paid up capital is Rs. 100000.00.

DDG ENGINEERING SERVICES PRIVATE LIMITED's Annual General Meeting (AGM) was last held on 30 Dec 2022. and as per records from Ministry of Corporate Affairs (MCA), its balance sheet was last filed on 2022-03-31. DDG ENGINEERING SERVICES PRIVATE LIMITED's NIC code is 742 (which is part of its CIN). As per the NIC code, it is inolved in Architectural, engineering and other technical activities.

Directors of DDG ENGINEERING SERVICES PRIVATE LIMITED are PREMARAJAN GEETHA ==SARATH BABU==, and ==SHAMLA ABOOBACKAR==.

DDG ENGINEERING SERVICES PRIVATE LIMITED's Corporate Identification Number (CIN) is U74200KL2021PTC067791 and its registration number is 67791. Users may contact DDG ENGINEERING SERVICES PRIVATE LIMITED on its Email address - ==anithamm2012@gmail.com==. Registered address of DDG ENGINEERING SERVICES PRIVATE LIMITED is ==116 K TOWER 1, DD GOLDEN GATE PALACHUVADU , KAKKANAD, Kerala, India - 682030==.

Current status of DDG ENGINEERING SERVICES PRIVATE LIMITED is - Active.