# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## Case No. 8:23-cv-01551-KKM/LSG

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.

DDG BIM SERVICES LLC,
a Florida limited liability company,

DDG BIM SERVICES PVT. LTD.,
a Republic of India company,

DDG ENGINEERING SERVICES PVT. LTD.,
a Republic of India company,

SARATH BABU,
a/k/a Premarajan Geetha Sarath Babu,
a/k/a Sharath Babu PG, and

SHAMLA ABOOBACKER,
a/k/a Anitha Manoj,
a/k/a Anithamanu,

    Defendants.

___

## PLAINTIFFS' SUPPLEMENTAL AUTHORITY RESPECTING ITS MEMORANDUM OF LAW ON PERSONAL JURISDICTION OVER DEFENDANTS [DE 32]

Plaintiffs, Hung Phi Duong and Kim Nhung Thi Nguyen, pursuant to Local Rule 3.01(i), submit this supplemental authority respecting their memorandum of law establishing how the Court has personal jurisdiction over the five defendants in this action.

1. <u>Fuld v. Palestine Liberation Org.</u>, __ U.S. __ , 2025 WL 1716140 (2025) stated the following:

    a. "the Fifth Amendment does not impose the same jurisdictional limitations as the Fourteenth" at *9;

    b. "we decline to import the Fourteenth Amendment minimum contacts standard into the Fifth Amendment";

    c. "the prospect remains that the Fifth Amendment might entail a similar 'inquiry into the reasonableness of the assertion of jurisdiction in the particular case.'";

    d. "the Fifth Amendment necessarily permits a more flexible jurisdictional inquiry commensurate with the Federal Government's broader sovereign authority"; and

    e. "American plaintiffs have a strong interest in seeking justice through a[] damages action in U. S. courts."

2. <u>Jekyll Is. State Park Auth. v. Polygroup Macau Ltd.</u>, 140 F.4th 1304 (11th Cir. 2025) reversed the district court's dismissal of a trademark case against a foreign defendant, and stated:

   a. a "corporation that chooses to avail itself of the protection of a forum state's laws by engaging in business in that sate must assume certain risks—such as the risk of litigation";

   b. "we find that the [defendant] company enjoyed the benefits and protections of U.S. law by … marketing specifically targeted at United States consumers";

   c. "Jurisdiction is proper so long as the foreign defendant, through its business partners, 'made deliberate decisions to market their products in [a] forum state,' and either 'indirectly derived substantial benefit from the forum state or had a reasonable expectation of doing so.'";

   d. "Polygroup's website shows that its products were 'clearly calculated' to reach the U.S. market";

   e. "A business relationship has the 'necessary ingredients for an exercise of jurisdiction' so long as the entities 'acting in consort … knew the likely destination of [its] products, and

       their conduct and connections with the forum state were such that they should reasonably have anticipated being brought into court there.'"; and

f. "when a 'resident corporation acts on behalf of [its] foreign affiliates,' the court may extend jurisdiction to the foreign affiliate if the affiliated domestic corporation 'manifests no separate corporate interests of its own and functions solely to achieve the purpose of the dominant corporation.'"

                                                                                            /s/ Griffin Klema
                                                         Griffin C. Klema, Esq.
                                                         Fla. Bar No. 100279
                                                         Griffin@KlemaLaw.com
                                                         **Klema Law, P.L.**
                                                         PO Box 172381
                                                         Tampa, FL 33672
                                                         420 W. Kennedy Boulevard
                                                         Tampa, FL 33606
                                                         Telephone: 202-713-5292

                                                         *Attorney for Plaintiffs*