UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN,
d/b/a DDG Digital Design Group,

    Plaintiffs,

v.                                    Case No. 8:23-cv-1551-KKM-LSG

DDG BIM SERVICES LLC, et al.,

    Defendants.
_____

## ORDER

On August 21, 2025, I adopted in part and rejected in part the Magistrate Judge's Report and Recommendation regarding the plaintiffs' motion for default judgment. (Doc. 34). Although partially objecting to my decision, the plaintiffs request entry of judgment in line with the August 21 order. (Doc. 35). After entry of judgment, the plaintiffs may file a supplemental motion detailing the amount of claimed attorney's fees. *See* Local Rule 7.01(c).[1]

---

[1] The plaintiffs request that "the Court enter a single final judgment embodying both relief on the merits, and the supplemental relief as to fees and costs." (Doc. 35) at 2. Both Local Rule 7.01 and Federal Rule of Civil Procedure 54(d) contemplate post-judgment litigation

Accordingly, the following is **ORDERED:**

1. The defendants are **PERMANENTLY ENJOINED** from using the DDG mark and the plaintiffs' trade secrets. The defendants are **DIRECTED** to destroy all copies of the plaintiffs' trade secret information in the defendants' possession and to transfer to the plaintiffs (1) all infringing domain names and social media accounts and (2) all online accounts containing the plaintiffs' trade secret information.

2. The Clerk is directed to **ENTER JUDGMENT**, which shall read "Judgment is entered in favor of the Plaintiffs and against the Defendants on Counts One through Three. The Defendants are jointly and severally liable for $2,000,000 in statutory damages and $467 in costs. The Defendants are enjoined pursuant to the Court's August 29, 2025, order. Counts Four through Seven are dismissed without prejudice."

3. The Clerk is directed to **CLOSE** this case.

---

concerning attorney's fees, and the plaintiffs do not identify a reason to depart from normal procedure.

4. No later than **October 13, 2025**, the plaintiffs may file a supplemental motion on the amount of attorney's fees. *See* Local Rule 7.01(c).

**ORDERED** in Tampa, Florida, on August 29, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

3