AO 120 (Rev. 08/10)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middle District of Florida_____ on the following

✖ Trademarks or ☐ Patents. (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:23-cv-1551-KKM-LSG | DATE FILED<br>July 12, 2023 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| PLAINTIFF<br><br>HUNG PHI DUONG et al | | DEFENDANT<br><br>DDG BIM SERVICES LLC, et al., |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1    See attached. | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT<br><br>See attached |
|---|

| CLERK<br><br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br><br>Katrina Elliott | DATE<br><br>September 2, 2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUNG PHI DUONG, and
KIM NHUNG THI NGUYEN,
d/b/a DDG Digital Design Group,

      Plaintiffs,

v.                                  Case No. 8:23-cv-1551-KKM-LSG

DDG BIM SERVICES LLC, et al.,

      Defendants.

_____

## ORDER

On August 21, 2025, I adopted in part and rejected in part the Magistrate Judge's Report and Recommendation regarding the plaintiffs' motion for default judgment. (Doc. 34). Although partially objecting to my decision, the plaintiffs request entry of judgment in line with the August 21 order. (Doc. 35). After entry of judgment, the plaintiffs may file a supplemental motion detailing the amount of claimed attorney's fees. *See* Local Rule 7.01(c).[1]

---

[1] The plaintiffs request that "the Court enter a single final judgment embodying both relief on the merits, and the supplemental relief as to fees and costs." (Doc. 35) at 2. Both Local Rule 7.01 and Federal Rule of Civil Procedure 54(d) contemplate post-judgment litigation

Accordingly, the following is **ORDERED:**

1.  The defendants are **PERMANENTLY ENJOINED** from using the DDG mark and the plaintiffs' trade secrets. The defendants are **DIRECTED** to destroy all copies of the plaintiffs' trade secret information in the defendants' possession and to transfer to the plaintiffs (1) all infringing domain names and social media accounts and (2) all online accounts containing the plaintiffs' trade secret information.

2.  The Clerk is directed to **ENTER JUDGMENT**, which shall read "Judgment is entered in favor of the Plaintiffs and against the Defendants on Counts One through Three. The Defendants are jointly and severally liable for $2,000,000 in statutory damages and $467 in costs. The Defendants are enjoined pursuant to the Court's August 29, 2025, order. Counts Four through Seven are dismissed without prejudice."

3.  The Clerk is directed to **CLOSE** this case.

---

concerning attorney's fees, and the plaintiffs do not identify a reason to depart from normal procedure.

2

4.    No later than **October 13, 2025**, the plaintiffs may file a supplemental motion on the amount of attorney's fees. *See* Local Rule 7.01(c).

**ORDERED** in Tampa, Florida, on August 29, 2025.


Kathryn Kimball Mizelle
United States District Judge

3